IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Robert E. Blackburn**

Criminal Case No. 10-cr-00180-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

2. ANTHONY REY,

    Defendant.

---

## MINUTE ORDER[1]

---

    A Notice of Disposition was filed on May 21, 2010. A Change of Plea hearing is set for **June 2, 2010**, at 9:00 a.m. **Counsel for the parties shall deliver or e-mail a courtesy copy of all change of plea documents separately to Judge Blackburn's chambers AND to the Probation Department not later than 48 hours before the change of plea hearing date**. *See* D.C.COLO.LCrR 11.1C. If the documents are not timely submitted, the hearing will be vacated. There will be no exceptions to this policy. On the date of the hearing, counsel shall then bring with them an original and one (1) copy of the plea agreement and the statement in advance. *See* D.C.COLO.LCrR 11.1F.

    **IT IS FURTHER ORDERED** as follows:

    1. That the hearing on the defendant's **Unopposed Motion for Enlargement of Time in Which To File Motions** [#18] filed April 20, 2010, set for May 25, 2010, is **VACATED**;

    2. That the Trial Preparation Conference set for May 28, 2010, is **VACATED** and **CONTINUED** pending further order of the court;

    3. That the Jury Trial set to commence June 1, 2010, is **VACATED** and **CONTINUED** pending further order of the court; and

    4. That, to the extent necessary, the United States Marshal shall assist the court in securing the defendant's appearance at the Change of Plea hearing.

    Dated: May 21, 2010

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.