**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 10-cr-00180-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

2. ANTHONY REY,

    Defendant.

## MINUTE ORDER[1]

At the oral request of the parties, the change of plea hearing previously set for June 2, 2010, is **VACATED** and is **CONTINUED** to **July 6, 2010**, at 11:00 a.m.

Dated: May 28, 2010

---

[1]This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.